

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00045-CV

_____

IN THE INTEREST OF J.D., A CHILD

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 84,445

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Following a trial by jury, James Driver's parental rights to his daughter, Jamie, were terminated in a suit brought by the Texas Department of Family and Protective Services.[1] Driver is represented on appeal by court-appointed counsel, who has filed a brief in accordance with the requirements of *Anders v. California*, 386 U.S. 738 (1967). Court-appointed counsel has concluded that, after a thorough review of the record, this appeal is frivolous and without merit. Because we agree, we affirm the judgment of the trial court. However, in consideration of appointed counsel's continuing obligation to represent Driver for purposes of any further appellate review, we deny counsel's motion to withdraw.

The procedures set forth in *Anders v. California* are applicable to an appeal from a trial court's order terminating parental rights when an appellant's appointed appellate counsel concludes that there are no non-frivolous issues to assert on appeal. *See In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (citing *In re D.A.S.*, 973 S.W.2d 296, 297 (Tex. 1998)); *In re P.M.H.*, No. 06-10-00008-CV, 2010 WL 1794390, at *1 (Tex. App.—Texarkana May 6, 2010, no pet.) (mem. op.). The *Anders* brief filed by Driver's counsel presents a professional evaluation of the record demonstrating why there are no arguable grounds for reversal. Counsel has established that she provided Driver with a copy of the brief and the appellate record and has also notified Driver of his right to file a pro se response. Driver has filed a pro se response that generally complains

[1]In this opinion, we refer to the child and his parent by pseudonyms in order to protect the child's identity. *See* TEX. R. APP. P. 9.8.

2

of the proceedings and claims that not all of the testimony at trial was true, but brings forth no articulable point of error.

Court-appointed counsel's brief meets the requirements of *Anders* by providing a professional evaluation of the record and stating why there are no arguable grounds for reversal on appeal. *See Anders*, 386 U.S. at 744. Having thoroughly reviewed the record and counsel's brief, we agree with counsel's assessment that the appeal is frivolous and without merit. We find nothing in the record that could arguably support the appeal. *See id.* at 744. Accordingly, we affirm the trial court's final order terminating Driver's parental rights to Jamie.

However, we deny counsel's motion to withdraw. In the parental-rights termination context, "counsel's belief that the client has no grounds to seek further review from the court of appeals' decision" is not "good cause" sufficient to justify counsel's withdrawal. *See P.M.*, 520 S.W.3d at 27. Instead, counsel's duty to his client extends through the exhaustion or waiver of "all appeals in relation to any final order terminating parental rights." TEX. FAM. CODE ANN. § 107.016(2)(B) (West Supp. 2018). If Driver wishes to pursue an appeal to the Supreme Court of Texas, "appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief." *P.M.*, 520 S.W.3d at 27–28.

We affirm the trial court's judgment.


Josh R. Morriss, III
Chief Justice

Date Submitted:     October 24, 2018
Date Decided:       November 2, 2018

3